FILED'06 AUG 24 13:59USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TERESA C. THOMPSON, ) | |
| ) | Civ. No. 05-6215-CO |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | **ORDER** |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

**PANNER, District Judge:**

Magistrate Judge John P. Cooney filed Findings and Recommendation on July 20, 2006. The matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the record de novo review. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

1 - ORDER

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#19) is adopted. The Commissioner's final decision denying benefits is affirmed.

IT IS SO ORDERED.

DATED this 24 day of August, 2006.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

- ORDER